1  Ryan A. Hamilton, Esq.
   Nevada Bar No. 11587
2  Hamilton Law
3  5125 S. Durango Drive
   Las Vegas, NV 89113
4  (702) 818-1818
5  (702) 974-1139 (fax)
   Ryan@HamLegal.com
6
7  *Attorney for Plaintiff,*
   *Barbara Drake*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA DRAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f.k.a. CHRYSLER GROUP, a foreign corporation; DOES 1 — 10; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-02129-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the above-named parties, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

1

Each party will be their own costs and attorney's fees.

DATED this 20th day of June 2025.     DATED this 20th day of June 2025.

/s/Ryan A. Hamilton                                    /s/Melissa P. Wilner
Ryan A. Hamilton, Esq.                            Melissa P. Wilner, Esq.
Nevada Bar No. 11587                              Nevada Bar No. 16471
**Hamilton Law**                                        **Klein Thomas Lee & Fresard**
5125 S. Durango Drive                             1920 Main Street, Suite 230
Las Vegas, NV 89113                               Irvine, CA 92614
(702) 818-1818                                          (949) 676-4570
(702) 974-1139 (fax)                                 melissa.wilner@kleinthomaslaw.com
Ryan@HamLegal.com

*Attorney for Plaintiff,*                              Mario D. Valencia, Esq.
*Barbara Drake*                                        Nevada Bar No. 6154
                                                                 **Attorney at Law, LLC**
                                                                 40 S. Stephanie St., Suite 201
                                                                 Henderson, NV 89102

                                                                 *Attorneys for Defendant,*
                                                                 *FCA US, LLC*

**IT IS SO ORDERED.**
Dated this __20__ day of June, 2025.

_____
U.S. DISTRICT JUDGE

2